IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

JULIANE MCLELLAN,                                         Civil Action No. 2:18-cv-00006-GZS

    Plaintiff,

v.

GARBAGE TO GARDEN, and
TYLER FRANK

    Defendants,

---

### STIPULATION OF DISMISSAL

NOW COME all the parties to this action, pursuant to F. R. Civ. P. 41(a)(1)A)(ii) stipulate that this case is hereby dismissed with prejudice and without costs.

Dated: June 21, 2018

        Respectfully Submitted,

        /s/ Peter Mancuso
        Peter Mancuso
        Andrew Schmidt Law PLLC
        97 India St.
        Portland, ME 040101
        T: 207-619-0884
        F: (207) 221-1029
        Peter@MaineWorkerJustice.com
        *Attorneys for Plaintiff*

        /s/ Kenneth D. Pierce
        Monaghan Leahy LLP
        95 Exchange Street, P.O. Box 7046
        Portland, ME 04112
        (207) 774-3906
        *Attorneys for Defendants Garbage to Garden and Tyler Frank*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2018 I served a copy of the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following counsel:

Kenneth D. Pierce
Monaghan Leahy LLP
95 Exchange Street, P.O. Box 7046
Portland, ME 04112-7046
KPierce@MonaghanLeahy.com

*Attorneys for Defendants Tyler Frank and Garbage to Garden*

Dated: June 21, 2018

                                                           /s/Peter Mancuso
                                               Peter Mancuso
                                               Andrew Schmidt Law, PLLC
                                               97 India St.
                                               Portland, Maine 04101
                                               207-619-0884
                                               Peter@MaineWorkerJustice.com

                                               *Attorneys for the Plaintiff*